IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEIMON CRAYTON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-cv-1617-DWD |
| | ) |
| CHRIS BOCKHORN, | ) |
| JONI FISHER, | ) |
| DR. LEE, | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On July 28, 2022, the Court directed Plaintiff Keimon Crayton, to file an amended complaint by August 26, 2022. (Doc. 6). The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order. (Doc. 6 at 3); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order). Additionally, on August 25, 2022, the Court Ordered Plaintiff to show cause as to why he had not filed a form consenting or declining to proceed before a Magistrate Judge. (Doc. 10). The response was due by September 8, 2022. The Court has not received any correspondence from Plaintiff. The Court has received returned mail on multiple occasions, and the Court has attempted to forward mail to addresses provided upon return. A plaintiff is obligated to keep the

Court informed if his address changes. The Court is entirely unable to locate Plaintiff, so this case is now subject to dismissal. Plaintiff's case is now dismissed for failure to state a claim, and for failure to prosecute. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: September 13, 2022

DAVID W. DUGAN
United States District Judge